IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-10-00308-CV

 

Ryan Hanson,

                                                                                    Appellant

 v.

 

Erving Jensen, Kenneth Dean AND

Cheryl Lawson,

                                                                                    Appellees

 

 

 



From the 52nd District
Court

Coryell County, Texas

Trial Court No. COT-10-39673

 



MEMORANDUM  Opinion



 








Appellant has filed a motion
to dismiss this appeal.  Appellees have not filed a response.  Accordingly, the
appeal is dismissed.  See Tex. R.
App. P. 42.1(a)(1).

 

FELIPE REYNA

                                                                                                Justice


Before Chief
Justice Gray,

Justice
Reyna, and

Justice
Davis

Appeal dismissed

Opinion
delivered and filed October 27, 2010

[CV06]